IN THE UNITED STATES DISTRICT COURT FOR WESTERN DISTRICT OF TENNESSEE, AT MEMPHIS

James Terrell, and
Anice Terrell

       Plaintiff,

                                            No, 2:22-cv-2811

v.

Freedom Mortgage Corporation, and
The Federal Savings Bank, a Federal savings Bank,

       Defendant,

                                  Jury-Trial Demanded

## STIPULATION OF DISMISSAL AS TO DEFENDANT
## THE FEDERAL SAVINGS BANK ONLY

Pursuant to Local Rule 83.13(a) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, Plaintiffs James Terrell and Anice Terrell hereby stipulate to the dismissal of this

Action without prejudice, as to Defendant The Federal Savings Bank, a Federal Savings Bank

only. Plaintiffs wish to proceed on all claims against Defendant Freedom Mortgage Corporation

at this time.

Respectfully submitted this 11ᵗʰ day of January 2023,

                                      *L. Dan Buchanan*_____
                                      L. Dan Buchanan, Esq.  (TN036512)
                                      RALSTON BUCHANAN, PLLC
                                      *Attorney for Plaintiffs*
                                      2670 Union Ave. Ext'd., #1228
                                      Memphis, TN 38117
                                      O: 901-543-5045
                                      E: Dan@RBConsumerLaw.com

<u>Certificate of Service</u>

       I, the undersigned attorney, do hereby certify that I have provided a true and correct copy of the foregoing Stipulation of Dismissal to counsel for all interested parties, as listed below, via hand delivery, electronic submission, and/or USPS 1st Class Mail, on this 12th day of January 2023.

Joseph V. Ronderos
*Attorney for Freedom Mortgage*
424 Church St., #2000
Nashville, TN 37219                                   _*L. Dan Buchanan*_____
                                                   L. Dan Buchanan

Daniel S. Hefter
*Attorney for Fed Bank*
22 W. Washington, # 1500
Chicago, IL 60602